C. MONTEITH GILPIN et al., Appellants-Respondents, and NATHAN W. SHAPIRO et al., Respondents, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent-Appellant, and MANUFACTURERS TRUST COMPANY, Respondent.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Landlord, Appellant-Respondent, *v.* VINCENT FIORE et al., Tenants, Respondents-Appellants, and NATHAN W. SHAPIRO et al., Tenants, Respondents.

Submitted October 2, 1950; decided October 19, 1950.

Motion to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 253.]

SYRACUSE SAVINGS BANK, Appellant, *v.* YORKSHIRE INSURANCE COMPANY, LTD., Respondent, et al., Defendants.

Submitted October 9, 1950; decided October 19, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 403.]

LLOYD F. LOCKLEY, Appellant, *v.* GEORGE F. ROBIE et al., Respondents.

Submitted October 16, 1950; decided October 19, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 371.]